PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE

AUG 3 1 2005

LUTHER D. ........, Clerk
By: /s/ Deputy Clerk

U. S. A. vs. Steven Bruce Wiseman                    Docket No. 1:00-CR-00854-1 - GET

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW L. Michelle Eubanks PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Steven Bruce Wiseman who was placed on supervision for the offense of Use of Interstate Commerce to Entice a Minor, 18 USC 2442(b), by the Honorable G. Ernest Tidwell sitting in the court at Atlanta, on the 19th day of June, 2001 who fixed the period of supervision at 30 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision of the U.S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. Violation of special conditions, in that: the defendant was in possession of 2 laptop computers. These computers were seized from the defendant on August 30, 2005. The defendant did not have permission to utilize a computer.

2. Violation of special conditions, in that: the defendant has been accessing the internet. Evidence so far reveals that the defendant has been utilizing chat rooms and making attempts to have contact with minor females. The defendant did not have permission to access the internet.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Steven Bruce Wiseman and that Steven Bruce Wiseman be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

Page 2/ Warrant
Wiseman

ORDER OF COURT

Considered and ordered this _31_ day of _Aug_, _05_

and ordered filed and made a part of the records in the above case.

_____
Honorable G. Ernest Tidwell
Senior U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
L. Michelle Eubanks
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:    August 31, 2005

_____
Leigh A. Knight
Supervising U. S. Probation Officer