FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 16 2005

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA        )    DOCKET NO. 1:00-CR-854
                                )
                                )    ATLANTA, GEORGIA
                                )    JUNE 19, 2001
        V.                      )
                                )
STEVEN BRUCE WISEMAN,           )
                                )
        DEFENDANT.              )

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE G. ERNEST TIDWELL,
SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES OF COUNSEL:

FOR THE GOVERNMENT:      WILLIAM TRAYNOR
                         ASSISTANT U. S. ATTORNEY

FOR THE DEFENDANT:       LYNN FANT
                         FEDERAL DEFENDER PROGRAM

COURT REPORTER:          ANDY ASHLEY
                         1949 U. S. COURTHOUSE
                         ATLANTA, GEORGIA  30303-3361
                         (404) 215-1478

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER.